Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670

Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA DUNN,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:08-cv-01272-OWW-DLB<br><br>ORDER TO EXTEND TIME TO ALLOW PLAINTIFF TO FILE OPENING BRIEF |

      The parties, through their respective counsel, hereby stipulate that the time to allow Plaintiff to file the opening brief be extended by 14 days from March 4, 2009 to March 18, 2009.

      This is Plaintiff's first request for an extension of time to file the opening brief.

///

///

-1-

This stipulation is made at the request of Plaintiff's counsel to allow him additional time to fully research the issues presented.

Date: March 4, 2009          Respectfully submitted.

                                  LAW OFFICES OF LAWRENCE D. ROHLFING

                              BY: */s/ Lawrence D. Rohlfing*
                                  Lawrence D. Rohlfing
                                  Attorney for plaintiff

Date: March 4, 2009          McGregor W. Scott
                             United States Attorney
                             LUCILLE GONZALES MEIS
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                             */s/ Shea Bond*
                             SHEA BOND
                             Special Assistant United States Attorney
                             Attorneys for Defendant

**IT IS SO ORDERED:**

Dated:          /s/ Dennis L. Beck
                THE HONORABLE DENNIS L. BECK
                United States District Court Judge